01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 UNITED STATES OF AMERICA,           )   CASE NO. 06-524M
                                       )
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11 MELVIN L. BERRY,                    )
                                       )
12          Defendant.                 )
   _____ )

13

14 Offense charged:

15      Distribution of Cocaine Base (three counts)

16 Date of Detention Hearing:    October 4, 2006

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)    Defendant is charged by complaint with three counts of distributing cocaine base,

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                        Rev. 1/91
PAGE 1

01   a controlled substance.  This drug offense carries a possible sentence of ten years or more

02   imprisonment.  Therefore, there is a rebuttable presumption under 18 U. S. C. §3142(e) that

03   defendant poses a risk of danger and of nonappearance.  Nothing in the record effectively rebuts

04   that presumption.

05         (2)     Defendant's criminal history includes multiple previous offenses including assault,

06   theft, VUCSA, and violation of firearms laws.  It shows at least 18 separate failures to appear,

07   including one conviction for the offense of failing to appear.  He was on supervision at the time

08   of this offense, as well as on pretrial release for another pending charge. His state court community

09   corrections officer reports that violation reports are pending for failure to obtain a substance abuse

10   evaluation, failure to attend substance abuse treatment, to complete community services, to pay

11   fines and supervision fees and for failing to return phone call to his community supervision officer.

12         (3)     Defendant has an unstable residence and employment history.

13         (4)     Defendant poses a risk of nonappearance due to a history of failing to appear for

14   hearings, a history of failing to comply with court orders, a lack of truthfulness about his current

15   residence, unknown substance abuse issues, and lack of compliance with state supervision.  He

16   poses a risk of danger due to criminal history, unknown substance abuse issues, and the nature of

17   the instant offense.

18         (5)     There does not appear to be any condition or combination of conditions that will

19   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

20   to other persons or the community.

21   It is therefore ORDERED:

22         (1)     Defendant shall be detained pending trial and committed to the custody of the

01          Attorney General for confinement in a correction facility separate, to the extent

02          practicable, from persons awaiting or serving sentences or being held in custody

03          pending appeal;

04    (2)   Defendant shall be afforded reasonable opportunity for private consultation with

05          counsel;

06    (3)   On order of a court of the United States or on request of an attorney for the

07          Government, the person in charge of the corrections facility in which defendant is

08          confined shall deliver the defendant to a United States Marshal for the purpose of

09          an appearance in connection with a court proceeding; and

10    (4)   The clerk shall direct copies of this Order to counsel for the United States, to

11          counsel for the defendant, to the United States Marshal, and to the United States

12          Pretrial Services Officer.

13    DATED this 4th day of October, 2006.

14

15                                        Mary Alice Theiler
                                          United States Magistrate Judge
16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3